# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SE PROPERTY HOLDINGS, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | NO. 18-50 |
| | * | |
| TAMMY T. CENTER, in her | * | |
| capacity as Personal Representative | * | |
| of the ESTATE OF CHARLES H. | * | |
| TRAMMELL; BELINDA R. | * | |
| TRAMMELL; AMY T. BROWN, in | * | |
| her individual capacity; TAMMY T. | * | |
| CENTER, in her individual capacity; | * | |
| TRAMMELL FAMILY ORANGE | * | |
| BEACH PROPERTIES, LLC; | * | |
| TRAMMELL FAMILY LAKE | * | |
| MARTIN PROPERTIES, L.L.C.; | * | |
| TAMMY T. CENTER, as guardian of | * | |
| and custodian for CHASE | * | |
| TRAMMELL CENTER; CHASE | * | |
| TRAMMELL CENTER; TAMMY T. | * | |
| CENTER, as guardian of and | * | |
| custodian for N          H | * | |
| C         ; AMY T. BROWN, as | * | |
| guardian of and custodian for | * | |
| PATRICK LANCE BROWN, JR.; | * | |
| PATRICK LANCE BROWN, JR.; | * | |
| AMY T. BROWN, as guardian of and | * | |
| custodian for S        S | | |
| B        ; AMY T. BROWN, as | | |
| guardian of and custodian for L | | |
| T          B         ; CARLTON | | |
| CENTER; and PATRICK LANCE | | |
| BROWN, SR., | | |

  Defendants.

**COMPLAINT**

Comes now plaintiff SE Property Holdings, LLC ("SEPH") and files its Complaint, alleging against defendants Tammy T. Center, in her capacity as Personal Representative of the Estate of Charles H. Trammell, deceased (the "Estate"), Belinda R. Trammell, Amy T. Brown, in her individual capacity, Tammy T. Center, in her individual capacity, Trammell Family Orange Beach Properties, LLC, Trammell Family Lake Martin Properties, L.L.C., Tammy T. Center, as guardian of and custodian for Chase Trammell Center, Chase Trammell Center, Tammy T. Center, as guardian of and custodian for N      H      C    , Amy T. Brown, as guardian of and custodian for Patrick Lance Brown, Jr., Patrick Lance Brown, Jr., Amy T. Brown, as guardian of and custodian for S      S      B    , Amy T. Brown, as guardian of and custodian for L      T      B    , Carlton Center, and Patrick Lance Brown, Sr., as follows:

**PARTIES**

1.   SEPH is an Ohio limited liability company with its principal place of business located in Newark, Ohio.  On February 16, 2012, Vision Bank ("Vision") merged with and into SEPH.  SEPH is Vision's successor by merger.  SEPH has one member, Park National Corporation.  Park National Corporation is an Ohio corporation with its principal place of business in Newark, Ohio.

2.     Charles H. Trammell died on or about October 24, 2013. At the time of his death, Mr. Trammell was a citizen of Alabama. Tammy T. Center is the Personal Representative of Mr. Trammell's Estate, which is being administered in the Circuit Court of Montgomery County, Alabama.

3.     Belinda R. Trammell is an adult citizen of Alabama, and was the wife of Mr. Trammell.

4.     Amy T. Brown is an adult citizen of Alabama, and is the daughter of Mr. and Mrs. Trammell.

5.     Tammy T. Center is an adult citizen of Alabama, and is the daughter of Mr. and Mrs. Trammell.

6.     Trammell Family Orange Beach Properties, LLC ("Trammell Orange Beach") is an Alabama limited liability company. Trammell Orange Beach's members are Tammy Center, Amy Brown, and Belinda Trammell, all of whom are citizens of Alabama. Trammell Orange Beach owns real property located in Baldwin County, Alabama.

7.     Trammell Family Lake Martin Properties, LLC ("Trammell Lake Martin") is an Alabama limited liability company. Trammell Lake Martin's members are Tammy Center, Amy Brown, and Belinda Trammell, all of whom are citizens of Alabama.

8. Upon information and belief, Chase Trammell Center is an adult citizen of Alabama. Upon information and belief, Tammy T. Center is the mother of Chase Trammell Center, is the custodian of an account (or accounts or other assets) for him, and was his guardian at the time of the transfers alleged herein.

9. Upon information and belief, N        H        C        is a minor citizen of Alabama, and Tammy Center is his mother, legal guardian, and the custodian of an account (or accounts or other assets) for him.

10. Upon information and belief, Patrick Lance Brown, Jr. is an adult citizen of Alabama. Upon information and belief, Amy T. Brown is the mother of Patrick Lance Brown, Jr., is the custodian of an account (or accounts or other assets) for him, and was his guardian at the time of the transfers alleged herein.

11. Upon information and belief, S        S        B        n is a minor citizen of Alabama, and Amy Brown is her mother, legal guardian, and the custodian of an account (or accounts or other assets) for her.

12. Upon information and belief, L        T        B        is a minor citizen of Alabama, and Amy Brown is her mother, legal guardian, and the custodian of an account (or accounts or other assets) for her.

13. Carlton Center is an adult citizen of Alabama and is married to Tammy Center.

14. Patrick Lance Brown, Sr. is an adult citizen of Alabama and is married to Amy Brown.

## JURISDICTION

15. This Court has jurisdiction over this matter pursuant to 28 U.S.C.A. § 1332 because the amount in controversy exceeds $75,000, exclusive of costs and interest, and because there exists complete diversity of citizenship between the plaintiff and the defendants.

16. Venue is proper in this Court pursuant to 28 U.S.C.A. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## FACTS

17. On January 23, 2015, SEPH filed a Complaint against the Estate of Charles Trammell, Belinda Trammell, Amy Brown, Tammy Center, Trammell Orange Beach, and Trammell Lake Martin. The case was styled *SEPH v. Center, et al.*, Civil Action No. 15-33-WS-C, in the United States District Court for the Southern District of Alabama (the "Prior Action"). The Prior Action concerned four sets of fraudulent transfers. First, on January 26, 2011, Charles and Belinda Trammell transferred their lake house to Trammell Lake Martin and their beach condo to Trammell Orange Beach. Second, on December 12, 2011, Charles and Belinda Trammell transferred to Amy Brown and Tammy Center 90% of the

ownership/membership interests in Trammell Orange Beach and Trammell Lake Martin.  Third, on April 30, 2012, Charles Trammell transferred a total of 25,102 shares of UPS stock to Trammell Orange Beach and Trammell Lake Martin.  Fourth, at the time of his death on October 24, 2013, Charles Trammell transferred 8,298 shares of UPS stock to Belinda Trammell.  SEPH alleged that the foregoing transfers were actual and constructive fraudulent transfers.  SEPH's claims in the Prior Action have been adjudicated, with a final judgment being entered in the Prior Action on January 2, 2018.  Pursuant to the final judgment, the Estate, Belinda Trammell, Trammell Lake Martin, Trammell Orange Beach, Amy Brown, and Tammy Center are liable for actual and constructive fraudulent transfers in violation of the Alabama Uniform Fraudulent Transfer Act.

18.   Following the trial of the Prior Action, as part of SEPH's remedy of conducting limited discovery into the waste and dissipation of the fraudulently transferred UPS stock, it was revealed that there had been subsequent transfers by Belinda Trammell, Trammell Lake Martin, Trammell Orange Beach, Amy Brown, and Tammy Center to other family members, namely to Tammy Center and Amy Brown and to their respective children and husbands.  The court in the Prior Action did not allow further discovery into these subsequent transfers, stating, among other things, that many of the alleged subsequent transferee family members were not parties to the Prior Action, that the discovery would be too far afield from the

claims and parties joined in the dispute, and that additional parties would have to be joined and additional liability findings made.

19. In this action, SEPH seeks a remedy for subsequent transfers by Belinda Trammell, Trammell Lake Martin, Trammell Orange Beach, Amy Brown, and Tammy Center. Alabama Code § 8-9A-8 provides that a creditor may recover against a subsequent transferee judgment for the value of the asset transferred, the amount necessary to satisfy the creditor's claim, or judgment for conveyance of the asset transferred.

20. But for this action, SEPH will be without a remedy for these subsequent transfers, and fraudulently transferred assets will be wasted and dissipated and further placed outside the reach of Belinda Trammell and the Estate of Charles Trammell's creditors, including SEPH, and the Defendants will be rewarded for making and receiving fraudulent transfers and subsequent transfers.

21. Belinda Trammell and the Estate of Charles Trammell are, and were at the time of the fraudulent transfers and the subsequent transfers, indebted to SEPH pursuant to Mr. and Mrs. Trammell's guaranties of loans made by Vision.

22. The amount of principal owed by the Estate of Charles Trammell to SEPH under Charles Trammell's guaranties is $875,000. The amount of interest owed by the Estate of Charles Trammell to SEPH under Charles Trammell's guaranties is greater than $9,000,000, with interest continuing to accrue.

23. The amount of principal owed by Belinda Trammell to SEPH under her guaranties is $560,000. The amount of interest owed by Belinda Trammell to SEPH under her guaranties is greater than $6,000,000, with interest continuing to accrue.

24. After Charles Trammell's death on October 24, 2013, the Petition for Probate of Will filed by Tammy Center as Personal Representative for the Estate of Charles Trammell stated that, at the time of his death, Charles Trammell had less than $200,000 in assets. On December 10, 2013, SEPH filed a verified claim against the Estate of Charles Trammell in the principal amount of $1,583,118.32, plus interest and attorneys' fees and other costs of collection. The vast majority of the subsequent transfers at issue in this lawsuit occurred after SEPH filed its verified claim against the Estate of Charles Trammell.

25. The subsequent transfers at issue in this lawsuit are transfers of: (i) proceeds (sales proceeds and dividends) of UPS stock that was fraudulently transferred to Belinda Trammell, Trammell Orange Beach, and Trammell Lake Martin; and (ii) funds received through margin loans secured by UPS stock fraudulently transferred to Trammell Orange Beach and Trammell Lake Martin.

26. The recipients of the subsequent transfers were Tammy Center, Amy Brown, Carlton Center, Patrick Lance Brown, Sr., Tammy Center as guardian of and custodian for Chase Trammell Center, Tammy Center as guardian of and

custodian for N H C, Amy Brown as guardian of and custodian for Patrick Lance Brown, Jr., Amy Brown as guardian of and custodian for S S B, and Amy Brown as guardian of and custodian for L T B.

27. Tammy Center received at least $476,604.27 in subsequent transfers and, upon information and belief, a Regions account believed to be owned by Tammy Center received at least an additional $270,992.13 in subsequent transfers.

28. Amy Brown received at least $376,219.74 in subsequent transfers.

29. Additionally, upon information and belief, an Amerifirst/American National Bank account believed to be owned by Tammy Center and/or Amy Brown received at least $363,500.00 in subsequent transfers. Also, a PrimeSouth account believed to be owned by Tammy Center and/or Amy Brown received at least $145,385.32 in subsequent transfers.

30. Other subsequent transfers for the benefit of Amy Brown and/or Tammy Center included income tax payments to the United States Treasury and the Alabama Department of Revenue in the amounts of $71,250.00 and $18,500.00, respectively.

31. Carlton Center received at least $16,500 in subsequent transfers.

32. Patrick Lance Brown, Sr. received at least $98,830.18 in subsequent transfers.

33. Chase Trammell Center, and/or Tammy Center as guardian and account custodian for Chase Trammell Center, received at least $71,873.05 in subsequent transfers.

34. N H C r, and/or Tammy Center as guardian and account custodian for N H C, received at least $70,342.45 in subsequent transfers.

35. Patrick Lance Brown, Jr., and/or Amy Brown as guardian and account custodian for Patrick Lance Brown, Jr., received at least $53,737.14 in subsequent transfers.

36. S S B, and/or Amy Brown as guardian and account custodian for S S B, received at least $51,322.54 in subsequent transfers.

37. L T B, and/or Amy Brown as guardian and account custodian for L T B received at least $50,599.14 in subsequent transfers.

38. Upon information and belief, additional subsequent transfers have been made by Amy Brown, Tammy Center, and Belinda Trammell.

## COUNT ONE

39. SEPH incorporates and realleges all of the facts and matters set forth in the paragraphs above.

40. The foregoing transfers were subsequent transfers of assets that were actually and constructively fraudulent transferred pursuant to Ala. Code §§ 8-9A-4(a), 8-9A-4(c), and 8-9A-5(a).

41. The subsequent transferees did not take the assets in good faith and did not pay value for them.

WHEREFORE, pursuant to Ala. Code § 8-9A-8, SEPH requests judgment against the subsequent transferees for the value of the assets transferred or the amount necessary to satisfy its claim, whichever is less, and/or judgment for conveyance of the assets transferred. SEPH also requests such other relief as the Court deems just and proper.

Dated February 1, 2018.

        Respectfully submitted,

        */s/ J. Blair Newman*
        RICHARD M. GAAL (GAALR3999)
        rgaal@mcdowellknight.com
        JAMES BLAIR NEWMAN, JR. (NEWMJ8590)
        bnewman@mcdowellknight.com
        Attorneys for SE Property Holdings, LLC

OF COUNSEL:

MCDOWELL KNIGHT ROEDDER
  & SLEDGE, LLC

11 North Water St., Ste. 13290
Mobile, Alabama  36602
(251) 432-5300
(251) 432-5303 (fax)

# CERTIFICATE OF SERVICE

**PLAINTIFF WILL SERVE THE DEFENDANTS VIA U. S. POSTAL SERVICE CERTIFIED MAIL RETURN RECEIPT REQUESTED AT THE FOLLOWING ADDRESSES:**

| | |
|---|---|
| Tammy T. Center, as Personal Representative of the Estate of Charles H. Trammell<br>275 Plantation Trail<br>Mathews, AL 36052 | Tammy T. Center<br>275 Plantation Trail<br>Mathews, AL 36052 |
| Amy T. Brown<br>333 Oak Ridge Drive<br>Pike Road, AL 36064 | Belinda R. Trammell<br>9513 Gunnison Drive<br>Pike Road, AL 36064 |
| Trammell Family Lake Martin Properties, LLC<br>c/o Amy T. Brown<br>333 Oak Ridge Drive<br>Pike Road, AL 36064 | Trammell Family Orange Beach Properties, LLC<br>c/o Tammy T. Center<br>275 Plantation Trail<br>Mathews, AL 36052 |
| Carlton Center<br>275 Plantation Trail<br>Mathews, AL 36052 | Patrick Lance Brown, Sr.<br>333 Oak Ridge Drive<br>Pike Road, AL 36064 |
| Tammy T. Center, as guardian and custodian for Chase Trammell Center<br>275 Plantation Trail<br>Mathews, AL 36052 | Tammy T. Center, as guardian of and custodian for N     H     C<br>275 Plantation Trail<br>Mathews, AL 36052 |
| Chase Trammell Center<br>275 Plantation Trail<br>Mathews, AL 36052 | Amy T. Brown, as guardian of and custodian for Patrick Lance Brown, Jr.<br>333 Oak Ridge Drive<br>Pike Road, AL 36064 |
| Patrick Lance Brown, Jr.<br>333 Oak Ridge Drive<br>Pike Road, AL 36064 | Amy T. Brown, as guardian of and custodian for S     S     B<br>333 Oak Ridge Drive<br>Pike Road, AL 36064 |
| Amy T. Brown, as guardian of and custodian for L     T     B<br>333 Oak Ridge Drive<br>Pike Road, AL 36064 | |