# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SE PROPERTY HOLDINGS, LLC, | : | |
| Plaintiff, | : | |
| vs. | : | CA 18-0050-KD-MU |
| TAMMY T. CENTER, etc., et al., | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 8, 2018 is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants' motion to dismiss (Doc. 7) be **DENIED**.

**DONE** this 4th day of June 2018.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**

1