UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 1:18-cv-50-TFM-MU |
| | ) |
| TAMMY T. CENTER, in her capacity as | ) |
| Personal Representative of the Estate of | ) |
| Charles H. Trammel, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Pending before the Court is the *Joint Statement Regarding Status of Settlement Negotiations* (Doc. 92, filed 10/30/20). In the statement, the parties provided notice that they reached a settlement in principle and requested 90 days to consummate the settlement and complete paperwork.

Accordingly, the parties are **DIRECTED** to file a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 or a joint status report indicating a projected timeline for completion of the settlement process on or before **January 29, 2021**.

In the meantime, the Clerk of Court is **DIRECTED** to place this case on the administratively closed docket.

**DONE** and **ORDERED** this 3rd day of November 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE