# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SE PROPERTY HOLDINGS, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | NO. 18-50-KD-MU |
| | * | |
| TAMMY T. CENTER, in her capacity as Personal Representative of the ESTATE OF CHARLES H. TRAMMELL; BELINDA R. TRAMMELL; AMY T. BROWN; TAMMY T. CENTER, in her individual capacity; TRAMMELL FAMILY ORANGE BEACH PROPERTIES, LLC; TRAMMELL FAMILY LAKE MARTIN PROPERTIES, L.L.C.; CHASE TRAMMELL CENTER; NATHANIEL H. CENTER; PATRICK LANCE BROWN, JR.; SALLY S. BROWN; LACY T. BROWN; CARLTON CENTER; and PATRICK LANCE BROWN, SR., | * | |
| | * | |
| Defendants. | * | |

# JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff SE Property Holdings, LLC and Defendants Tammy Center (in her individual capacity and as Personal Representative of the Estate of Charles Trammell), Belinda Trammell, Carlton Center, Chase Trammell Center, Nathaniel H. Center, Trammell Family Orange Beach Properties, LLC, Patrick Lance Brown, Sr., Patrick Lance Brown, Jr., Amy T. Brown, Sally S. Brown, Lacy T. Brown, and Trammell Family Lake Martin Properties, LLC  hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

*/s/ J. Blair Newman*
RICHARD M. GAAL
rgaal@mcdowellknight.com
JAMES BLAIR NEWMAN, JR.
bnewman@mcdowellknight.com
Attorneys for SE Property Holdings, LLC
McDowell Knight Roedder & Sledge, LLC
11 North Water St., Ste. 13290
Mobile, Alabama 36602


*/s/ Samuel G. McKerall (with permission)*
SAMUEL G. MCKERALL
lawyer3413@gmail.com
P. O. Box 818
Gulf Shores, Alabama 36547-0818
Attorney for Defendants Tammy Center, Tammy Center in her capacity as Personal Representative of the Estate of Charles Trammell, Trammell Family Orange Beach Properties, LLC, Belinda Trammell, Carlton Center, Chase Trammell Center, and Nathaniel H. Center

*/s/ Peter S. Fruin (with permission)*
PETER S. FRUIN
pfruin@maynardcooper.com
Maynard, Cooper & Gale, P.C.
1901 Sixth Ave. N, Suite 1700
Birmingham, AL 35203
Attorney for Patrick Lance Brown, Sr., Patrick Lance Brown, Jr., Amy T. Brown, Sally S. Brown, Lacy T. Brown, and Trammell Family Lake Martin Properties, LLC